IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  KELLY S ASHBROOK                                        Case No: 07-57592
        7990 BENNER RD
        JOHNSTOWN, OH  43031                                Chapter 13

                                                          Judge: CHARLES M. CALDWELL

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The above case having been COMPLETED on July 16, 2013. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

                                                                    /s/ Frank M. Pees
                                                                    FRANK M. PEES TRUSTEE
                                                                    130 E WILSON BRIDGE RD #200
                                                                    WORTHINGTON, OH  43085-6300
                                                                    (614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  KELLY S ASHBROOK  
       7990 BENNER RD  
       JOHNSTOWN, OH  43031

Case No: 07-57592

Chapter 13

Judge: CHARLES M. CALDWELL

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on September 24, 2007.
The plan was confirmed on January 17, 2008.
The Case was concluded on July 16, 2013.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:      85,944.99

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE<br>00017    Unknown | Not filed | 0.00 | 0.00 | 0.00 |
| BARBARA WALKER<br>00023    Unsecured | 1,500.00 | 1,500.00 | 109.33 | 0.00 |
| B-LINE LLC<br>00006    Unsecured | 450.67 | 450.67 | 98.62 | 0.00 |
| CAPITAL ONE BANK<br>00007    Unsecured | 490.68 | 490.68 | 106.81 | 0.00 |
| COLLECTECH SYSTEMS INC<br>00015    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| DEAN ASHBROOK<br>00020    Unsecured | 0.00 | 0.00 | 437.12 | 0.00 |
| ECMC<br>00016    Unsecured | 1,859.50 | 1,859.50 | 405.60 | 0.00 |
| ENHANCED RECOVERY CORP<br>00018    Unknown | Not filed | 0.00 | 0.00 | 0.00 |
| EQUINE PARTNERS INC<br>00010    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| FAMILY PRACTICE OF DUBLIN INC<br>00011    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| FISHER & SKROBOT LLC<br>00002    Secured | Paid outside | 0.00 | 0.00 | 0.00 |
| Johnstown Animal Health Center<br>00012    Unsecured | 264.83 | 264.83 | 57.91 | 0.00 |
| JP RECOVERY<br>00009    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 07-57592   KELLY S ASHBROOK

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| JS & ASSOCIATES APPRAISAL SVCS 00021    Appraiser | 250.00 | 250.00 | 0.00 | 0.00 |
| KELLY S ASHBROOK 00000    Debtor Refund | 0.00 | 611.54 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00013    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00014    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE US TRUSTEE 00019    Notice Only | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00008    Unsecured | 546.74 | 546.74 | 119.30 | 0.00 |
| RICHARD ASHBROOK 00022    Unsecured | 1,500.00 | 1,500.00 | 109.33 | 0.00 |
| Robert J Morje 00001    Attorney | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| STATE OF OHIO 00005    Priority | 804.37 | 804.37 | 95.73 | 0.00 |
| WELLS FARGO 00004    Pre-Pet MTG Arrears | 8,487.13 | 8,487.13 | 0.00 | 0.00 |
| WELLS FARGO 00003    Mortgage | Continuing | 62,470.10 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 611.54 | 611.54 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 344.37 | 344.37 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 8,487.13 | 3,254.37 | 6,612.42 | 0.00 | 955.91 | 19,309.83 |
| PRIN PAID | 8,487.13 | 3,254.37 | 6,612.42 | 62,470.10 | 955.91 | 81,779.93 |
| INT PAID | 0.00 | 95.73 | 1,444.02 | 0.00 | | 1,539.75 |
| | | | | | TOTAL PAID: | 83,319.68 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | | | | ALLOWED | TOTAL PAID |
|---|---|---|---|---|---|
| Robert J Morje | | | | 0.00 | 0.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,229.17 | 0.00 | 7.68 | 3,236.85 |

Dated:  08/01/2013

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  KELLY S ASHBROOK                                      Case No: 07-57592
        7990 BENNER RD
        JOHNSTOWN, OH  43031                                Chapter 13

                                                      Judge: CHARLES M. CALDWELL

### CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  KELLY S ASHBROOK
7990 BENNER RD
JOHNSTOWN, OH  43031

Case No: 07-57592

Chapter 13

Judge: CHARLES M. CALDWELL

**CERTIFICATE OF SERVICE**

I hereby certify that on August 01, 2013, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Robert J Morje

and on the following by **ordinary U.S. Mail addressed to:**

KELLY S ASHBROOK
7990 BENNER RD
JOHNSTOWN, OH  43031
**See Creditor Matrix**
**All Creditors and Parties in Interest**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:07-bk-57592<br>Southern District of Ohio<br>Columbus<br>Thu Aug  1 10:52:58 EDT 2013 | Educational Credit Management Corporation<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225-5546 | US & Associates Appraisal Services, LLC<br>P.O. Box 360713<br>Columbus, OH 43236-0713 |
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Wells Fargo Bank, NA<br>BDD - Bankruptcy<br>PO Box 53476<br>Phoenix, AZ 85072-3476 | Allied Interstate, Inc.<br>3000 Corporate Exchange Dr.<br>Columbus, OH 43231-7684 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Ballys Total Fitness<br>c/o Zwicker & Associates<br>80 Minuteman Road<br>Andover, MA 01810-1008 | Brett R Sheraw, Esq<br>Fisher, Skrobot and Sheraw, LLC<br>471 East Broad Street<br>Suite 1810<br>Columbus, OH 43215-3863 |
| Capital One<br>Bankruptcy Dept<br>PO Box 85586<br>Richmond, VA 23285-5586 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Corecomm<br>c/o JP Recovery Services Inc.<br>PO Box 16749<br>Rocky River, OH 44116-0749 |
| Dean Ashbrook<br>325 N Oregon St<br>Johnstown OH 43031-1024 | Dean Ashbrook<br>Larry F Shafer Esq<br>PO Box 356<br>Johnstown OH 43031-0356 | ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225-5563 |
| Enhanced  Recovery Corporation<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Equine Partners Inc.<br>3538 Northridge Rd.<br>Alexandria, OH 43001-9766 | Family Practice of Dublin, Inc.<br>5935C Wilcox Place<br>Dublin, OH 43016-6797 |
| GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 7858<br>MADISON  WI 53707-7858 | Heartland Bank<br>730 W Coshocton St<br>Johnstown OH 43031-9581 | Heartland Bank<br>Brett R Sheraw Esq<br>471 E Broad St Ste 1810<br>Columbus OH 43215-3863 |
| Johnstown Animal Health<br>Shafer Law Offices<br>P.O. Box 356<br>Johnstown, OH 43031-0356 | Mount Carmel Health<br>P.O. box 89458<br>Cleveland, OH 44101-6458 | Ohio Attorney General-Rev Rec<br>Attn: Bankruptcy Staff<br>150 East Gay Street Floor 21<br>Columbus, OH 43215-3191 |
| Ohio Department of Taxation<br>Pope Law Offices LLC<br>98 County Line Rd W Ste A<br>Westerville OH 43082-7289 | Portfolio Acquisitions, LLC<br>PO Box 105127<br>Atlanta, Georgia 30348-5127 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sprint c/o Collectech Sys.<br>PO Box 361505<br>Columbus, OH 43236-1505 | The Energy Cooperative<br>PO Box 4970<br>Newark OH 43058-4970 | US Bnk Trust c/o<br>Great Lakes<br>2401 International Lane<br>Madison, WI 53704-3192 |

```
Wells Fargo Bank NA                 Wells Fargo Home Mortgage Inc.      Frank M Pees
3476 Stateview Blvd                 PO Box 10335                        130 East Wilson Bridge Road
Mac 7801-013                        Des Moines, IA 50306-0335           Suite 200
Fort Mill SC 29715-7203                                                 Worthington, OH 43085-2391


Kelly S. Ashbrook                   Robert J Morje
7990 Benner Road                    PO Box 6545
Johnstown, OH 43031-9125            600 South Pearl Street
                                    Columbus, OH 43206-1017
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank                    Portfolio Recovery Associates, LLC
TSYS Debt Management                PO Box 41067
PO Box 5155                         Norfolk VA 23541
Norcross GA 30091
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ohio Department of Taxation      (d)JS & Associates Appraisal Services LLC    (u)Wells Fargo Bank, N.A.
                                    PO Box 360713
                                    Columbus OH 43236-0713
```

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37